UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:08-CR-28-1-D



| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| JULIAN AVILEZ | ) | |

It is hereby ORDERED that the Criminal Information and Memorandum of Plea Agreement, the Motion to Seal the Criminal Information and Memorandum of Plea Agreement, as well as this Order, filed in the above-referenced matter is SEALED until further notice of this court, except that certified copies be provided to the Office of the United States Attorney, the defendant and defendant's counsel.

This the **22** day of July, 2008.

James C. Dever, III
United States District Judge