UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:08-CR-28-D

UNITED STATES OF AMERICA

v.

JULIAN AVILEZ

ORDER TO SEAL

On motion of the defendant, Jeffrey Lynn Morgan, and for good cause shown, it is hereby ORDERED that **[DE # 120]** be sealed until further notice by the Court.

SO ORDERED. This _6_ day of October 2017.

JAMES C. DEVER III
Chief United States District Judge